# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 11, 2021

## NO. 03-19-00297-CV

**Anthony Whitney Norman, Appellant**

**v.**

**Deanna Williamson, Clerk of Texas Court of Criminal Appeals, in her Official Capacity as Clerk of The Texas Court of Criminal Appeals and in her Individual Capacity; and Chief Justice Sharon Keller of The Texas Court of Criminal Appeals, Appellees**

### APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment rendered by the trial court on March 25, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.